```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  FORT SMITH DIVISION
```

TAMMY TEAGUE                                          PLAINTIFF

    v.                    CIVIL NO. 12-2017

CAROLYN W. COLVIN[1], Commissioner
Social Security Administration                        DEFENDANT

## **O R D E R**

On this 26th day of March, 2013, the court has before it for consideration Plaintiff's request for attorney's fees and costs pursuant to 28 U.S.C. § 2412. (Docs. 15-16). No objections have been filed. For reasons set forth in the report and recommendation filed by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas, on March 8, 2013, the Court finds that the Magistrate's recommendations should be adopted *in toto* and hereby awards Plaintiff's attorney fees in the amount of **$4,265.25.**

IT IS SO ORDERED.

                        /s/ Robert T. Dawson
                        HONORABLE ROBERT T. DAWSON
                        UNITED STATES DISTRICT JUDGE

---

[1] Carolyn W. Colvin became the Social Security Commissioner on February 14, 2013. Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, Carolyn W. Colvin has been substituted for Commissioner Michael J. Astrue as the defendant in this suit.

**AO72A**
**(Rev. 8/82)**